**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166
**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar No. 11122
**CRISTALLI & SAGGESE, LTD.**
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone 702.386.2180
Facsimile 702.382.2977
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HIXON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, a state agency; PAUL HERMAN CHAFFEE, an individual; PAUL HERMAN CHAFFEE, an agent of NEVADA DEPARTMENT OF CORRECTIONS, DOES I-X; and ROE CORPORATIONS 1-10, inclusive;<br><br>Defendants. | Case No.:   2:07-CV-01150-PMP-RJJ<br><br>**WITHDRAWAL OF MOTION** |

COMES NOW, DONALD HIXON, by and through his attorneys of record, MARC A. SAGGESE, ESQ., and ROBERT J. FLUMMERFELT, ESQ., of the law firm of CRISTALLI & SAGGESE, LTD., and hereby files this instant Withdrawal of Motion for Document No. 104, Plaintiff's Motion to Disqualify the Office of the Attorney General.

…

…

…

-1-

This instant Withdrawal of Motion is being submitted as the incorrect version of the aforementioned Motion was filed in error.

DATED this 9th day of August, 2011.

> Respectfully Submitted by:
>
> /s/ MARC A. SAGGESE, ESQ.
> _____
> **MARC A. SAGGESE, ESQ.**
> Nevada Bar No. 7166
> **ROBERT J. FLUMMERFELT, ESQ.**
> Nevada Bar No. 11122
> **CRISTALLI & SAGGESE, LTD.**
> 732 S. Sixth Street, Suite 100
> Las Vegas, Nevada 89101
> Telephone 702.386.2180
> Facsimile 702.382.2977
> *Attorneys for Plaintiff*

```
IT IS SO ORDERED.
MOTION TO DISQUALIFY (#104) IS
WITHDRAWN FROM CONSIDERATION
BY THE COURT.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: AUGUST 9, 2011
```