UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DONALD HIXON,                            )
                                         )        2:07-CV-01150-PMP-RJJ
                    Plaintiff,           )
                                         )
vs.                                      )        **ORDER**
                                         )
NEVADA DEPARTMENT OF                     )
CORRECTIONS, a state agency; PAUL        )
HERMAN CHAFFEE, an agent of              )
NEVADA DEPARTMENT OF                     )
CORRECTIONS,                             )
                                         )
                                         )
                    Defendants.          )
_____)

On November 10, 2011, the parties advised the Honorable Robert J. Johnston, United States Magistrate Judge that a settlement had been reached contingent upon approval by the Board of Examiners.

**IT IS ORDERED that** not later than **January 20, 2012**, the parties to this action shall advise the Court in writing as to the status of the settlement reached. Alternatively, should all actions relating to settlement have been accomplished by that date, the parties may file a stipulation for dismissal in lieu of a status report.

DATED:  December 20, 2011.

_____
PHILIP M. PRO
United States District Judge