ORIGINAL

CATHERINE CORTEZ MASTO
Attorney General
TIMOTHY F. ANDREWS
Senior Deputy Attorney General
Nevada State Bar No. 8759
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: tandrews@ag.nv.gov
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HIXON, | CASE NO. 2:07-cv-01150-PMP-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, PAUL HERMAN CHAFFEE, et al. | |
| Defendants. | |

Plaintiff Donald Hixon, by and through his counsel Marc A. Saggese of Saggese and Associates, Ltd., and Defendants Nevada Department of Corrections and Paul Herman Chaffee, by and through their counsel, Attorney General Catherine Cortez Masto and Senior Deputy Attorney General Timothy Andrews of the Nevada Office of the Attorney General, hereby stipulate as follows:

1. The above-entitled action shall be dismissed in its entirety *with prejudice;* and
2. The parties shall bear their own attorney fees and costs.

///

///

///

IT IS SO STIPULATED this __20__ day of December 2011.

*/s/ Marc A. Saggese*
Marc A. Saggese
Nevada State Bar No. 7166
Saggese and Associates
732 S. Sixth Street Suite 201
Las Vegas NV 89101
*Attorney for Plaintiff*


CATHERINE CORTEZ MASTO
Attorney General

By: _/s/ Timothy Andrews_____
TIMOTHY ANDREWS
Senior Deputy Attorney General
Nevada State Bar No. 8759
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Attorney for Defendants.


IT IS SO ORDERED:

*/s/ Philip M. Pro*
UNITED STATES DISTRICT JUDGE

DATED: _ December 28, 2011